# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

U.S.A. vs. GARY MATSUO                             CRIMINAL NO. 05-00325HG-01

Petition for Action on Conditions of Pretrial Release

COMES NOW CAROLYN L.K. HALL, Senior U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant GARY MATSUO, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since September 15, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

Failing to complete the residential phase of treatment at the BISAC Therapeutic Living Program, in violation of Special Condition No. 13.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 6th day of January, 2006 and ordered filed and made a part of the records in the above case.

_____
LESLIE E. KOBAYASHI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2006

_____
CAROLYN L.K. HALL
Senior U.S. Pretrial Services Officer

Place: Honolulu, Hawaii