# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00325HG |
| CASE NAME: | USA vs. (01) GARY MATSUO |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Glenn D. Choy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/18/2006 | TIME: | 10:59-11:22 |

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present, not in custody.

Defendant addresses Court.  Arguments heard.  Oral Motion to Continue Hearing Granted.

Further Order to Show Cause as to Why Pretrial Release Should Not Be Revoked set for 10:30 2/3/06 before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager