AO 83 (Rev. 12/85) Summons in a Criminal Case     ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 05-00325 HG 01 |
| GARY MATSUO<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>January 18, 2006 @ 10:30 a.m., LEK |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to show cause as to why pretrial release should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at 11 o'clock and 46 min. A.P.
SUE BEITIA, CLERK

2006 JAN 12 PM 2:19 RECEIVED
U.S. MARSHALS SERVICE
HONOLULU, HI

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gary Matsuo
128 Waipuni Street
Hilo, HI  96720

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): GARY MATSUO   C. Date of Delivery: 1/7/06
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☒ No
128 Aiauni St
Hilo HI 96720

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 2700 7488

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540