# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00325HG |
| CASE NAME: | USA vs. (01) GARY MATSUO |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Glenn D. Choy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/3/2006 | TIME: | 1:32-1:49 |

COURT ACTION:  EP: Further Hearing on Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present, not in custody.

Updated report made to the Court. Arguments heard.  Court finds that the Defendant has violated the conditions of his pretrial release. Defendant's pretrial release revoked.

Defendant's conditions of release are Amended as follows:

ADD:

(7q)   Placement at MAHONEY HALE.  You are restricted to the facility at all times except as pre-approved by Pretrial Services.  You are required to abide by all established rules of the facility.

Defendant remanded to the custody of the US Marshal until a **bedspace** becomes available at Mahoney Hale.

When the bedspace becomes available, defendant will be brought back to execute bond papers.

Submitted by: Warren N. Nakamura, Courtroom Manager

Case 1:05-cr-00325-HG    Document 122    Filed 02/03/2006    Page 2 of 2