# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00325HG |
| CASE NAME: | USA v. (01) Gary Matsuo |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01) Glenn D. Choy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/24/2006 | TIME: | 10:31-10:44:55am |

COURT ACTION:  EP: Bail Review Hearing as to Defendant (01) Gary Matsuo - defendant present, in custody.

The court will modify defendant's terms of release as follows:

Execute an unsecured bond in the amount of $25,000.

(7b)    Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)    Maintain or actively seek employment, as directed by Pretrial Services.

(7g2)   Do not apply for/obtain a passport.

(7h3)   Travel is restricted to: the island of Oahu.

(7m1)   Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7q)    Placement at MAHONEY HALE.  You are restricted to the facility at all times except as pre-approved by Pretrial Services.  You are required to abide by all

       established rules of the facility.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t2) Do not consume any alcoholic beverages or products containing alcohol while at the halfway house/treatment program, as prohibited by program rules.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v2) To ensure compliance with the restriction on illicit drug use submit to random drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.

(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing as approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Defendant is remanded to the custody of the USMS pending processing of paperwork.

Submitted by: Shari Afuso, Courtroom Manager