# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-28-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00325HG |
| CASE NAME: | USA v. (01) Gary Matsuo, (02) Barbara Cornelius, (03) Audrey Pulgados, (05) Mark Ishii, (07) Derek Ahsui |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (03) Daniel T. Pagliarini, (05) Stuart N. Fujioka, (07) Lane Y. Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3-28-06 | TIME: | 2:06 - 2:08 |

COURT ACTION:   EP: Government's Oral Motion to Continue Trial - defendants' presence waived.

No objections made by defense counsel and the defendants.

New dates given:
JS/JT 7-18-06 @ 9 a.m., HG
FPT 6-19-06 @ 10 a.m., BMK
FPT 7-7-06 @ 8:30 a.m., HG
Motions due 6-6-06
Response due 6-20-06

Thomas to prepare order excluding time from 4-18-06 thru 7-18-06 for continuity of counsel.

Submitted by Richlyn Young, Courtroom Manager