ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2006

at 10 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for GARY MATSUO (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | ALLOWING TRAVEL BY |
| | ) | DEFENDANT GARY MATSUO |
| GARY MATSUO, | ) | 5/7/06 – 5/9/06 |
| Defendant. | ) | TRIAL: July 18, 2006 |
| | ) | JUDGE: HONORABLE HELEN GILMOR |

STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT GARY MATSUO
5/7/06 – 5/9/06

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant GARY MATSUO shall be permitted to travel from Oahu to the island of Hawaii and back to Oahu during the period Sunday, May 7, 2006 to Tuesday, May 9, 2006.

DATED: Honolulu, Hawaii, MAY 5, 2006.

_____
GLENN D. CHOY
Attorney for Defendant
GARY MATSUO

_____
CHRIS THOMAS
Assistant U.S. Attorney

NO OBJECTION

_____
CAROLYN HALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

_____
United States Magistrate Judge

United States of America v. Gary Matsuo (01), Cr. 05-00325 HG, Stipulation and Order Allowing Travel by Defendant Gary Matsuo 5/7/06 - 5/9/06