ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

LODGED  MAY 16 2006  10:30 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 18 2006
at 10 o'clock and 40 min A.M.
SUE BEITIA, CLERK

Attorney for GARY MATSUO (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00325-01 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) SECOND STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT GARY MATSUO 5/21/06 — 5/23/06 |
| GARY MATSUO, | ) |
| Defendant. | ) TRIAL: July 18, 2006 |
|  | ) JUDGE: HONORABLE HELEN GILLMOR |

SECOND STIPULATION AND ORDER ALLOWING TRAVEL BY
DEFENDANT GARY MATSUO 5/21/06 — 5/23/06

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant GARY MATSUO shall be permitted to travel from Oahu to the Island of Hawaii and back to Oahu during the period Sunday, May 21, 2006 to Tuesday, May 23, 2006.

DATED: Honolulu, Hawaii, MAY 16, 2006.

_____          _____
GLENN CHOY                       CHRIS THOMAS
Attorney for Defendant           Assistant U.S. Attorney
GARY MATSUO
                                 NO OBJECTION

_Carolyn A Hall_
CAROLYN HALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

_____
United States Magistrate Judge


United States of America v. Gary Matsuo (01), Cr. 05-00325-01 HG, Second Stipulation
and Order Allowing Travel by Defendant Gary Matsuo 5/21/03 — 5/23/06