# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00325HG

CASE NAME:        USA v. (01) Gary Matsuo

ATTYS FOR PLA:    Marshall Silverberg for Chris Thomas

ATTYS FOR DEFT:   (01) Glenn D. Choy

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    6/23/2006                TIME:

COURT ACTION:  EO: Motion Amend Terms of Pretrial Release as to (01) Gary Matsuo is continued from 6/23/06 to 6/26/06 @ 11 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager