EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY MATSUO,        (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

        I hereby certify that the Order Denying Defendant's

Motion to Amend Terms of Pretrial Release was submitted to

Magistrate Judge Barry M. Kurren for signature and was served on

the following counsel on June 27, 2006:

Glenn D. Choy, Esq.
choyhawaii@hawaiiantel.net

Attorney for Defendant
GARY MATSUO


DATED:  Honolulu, Hawaii, June 27, 2006.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                          By /s/ Chris A. Thomas
                            CHRIS A. THOMAS
                            Assistant U.S. Attorney


U.S. v. Gary Matsuo
Cr. No. 05-00325-01 HG
Certificate of Service