# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00325HG

CASE NAME: USA v. (01) Gary Matsuo

ATTYS FOR PLA: Chris A. Thomas

ATTYS FOR DEFT: (01) Glenn D. Choy

INTERPRETER:

JUDGE: Barry M. Kurren          REPORTER: C6F

DATE: 6/26/2006                 TIME: 11:19 - 11:27

COURT ACTION:  EP:  Motion to Amend Terms of Pretrial Release as to (01) Gary Matsuo - deft present on bail.

Motion is DENIED.  Thomas to prepare order.

Choy made oral request to allow deft to travel to Hilo - no ruling made.  Parties to discuss the situation.

Submitted by Richlyn Young, Courtroom Manager