EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY MATSUO,         (01) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Denying Defendant's Motion to Amend Terms of Pretrial Release was signed and filed on June 29, 2006:

Served Electronically through CM/ECF:

    Glenn D. Choy, Esq.
    choyhawaii@hawaiiantel.net

    Attorney for Defendant
    GARY MATSUO


    DATED:  Honolulu, Hawaii, July 17, 2006.

                             EDWARD H. KUBO, JR.
                             United States Attorney
                             District of Hawaii


                             By /s/ Chris A. Thomas
                                CHRIS A. THOMAS
                                Assistant U.S. Attorney





U.S. v. Gary Matsuo
Cr. No. 05-00325-01 HG
Certificate of Service