# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00325HG

CASE NAME:      USA v.  (01) Gary Matsuo

ATTYS FOR PLA:  Chris A. Thomas

ATTYS FOR DEFT:  (01) Glenn D. Choy

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     09/21/2006               TIME:        2:32 - 2:50

---

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to
(01) Gary Matsuo - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed
and filed.

Deft sworn and queried.  Advised of rights.
No Memorandum of Plea Agreement.

Plea of GUILTY entered to Count I of the Indictment.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that
deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 1/18/07 @ 3:00 p.m., HG.
Trial date vacated.
Bail to continue.

Submitted by Richlyn Young, courtroom manager