**ORIGINAL**

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-2958
e-mail:        Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2006

at 2 o'clock and 50 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| Plaintiff, | ) ) ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED |
| vs. | ) ) | STATES MAGISTRATE JUDGE |
| GARY MATSUO, (01) | ) ) ) | Hearing: September 21, 2006<br>Time:    2:45 P.m. |
| Defendant. | ) ) ) | Judge:   Honorable Barry M. Kurren |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: September 21, 2006, at Honolulu, Hawaii.

_____
GARY MATSUO
Defendant

_____
GLENN CHOY
Attorney for Defendant

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S.A. v. Gary Matsuo
Cr. No. 05-00325-01 HG
Consent to Rule 11 Plea in
A Felony Case Before United
States Magistrate Judge