


## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  *(808) 541-2850*
*300 Ala Moana Blvd., Room 6-100*  *FAX (808) 541-2958*
*Honolulu, Hawaii 96850*

September 20, 2006

HONORABLE BARRY M. KURREN
U.S. Magistrate Judge

and

GLENN CHOY, ESQ.
735 Bishop Street, Suite 322
Honolulu, Hawaii 96813

Attorney for Defendant
**(Via Fax: (808) 533-4007)**

    RE:  United States v. Gary Matsuo
           CR. NO. 05-00325-01 HG

           Change of Plea (Indictment) for September 21, 2006
           at 2:30 p.m.

    1.    Defendant will plead guilty <u>as charged</u> in the Indictment to one count of a violation of Title 21, United States Code, Section 846 (Count 1 - Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine).

        **There is no plea agreement in this case.**

    2.    The penalties for the offense to which Defendant is pleading guilty are:

        A.    A minimum term of imprisonment of ten years and up to life;

        B.    A fine of up to $4,000,000;

        C.    A term of supervised release of not less than five years and up to life;

Honorable Barry M. Kurren
Glenn Choy, Esq.
Page 2

In addition, there is a $100 special assessment as to each count to which the Defendant is pleading guilty[1].

At the discretion of the court, defendant may also be denied any or all federal benefits, as that term is defined in 21 U.S.C. §862, (a) for up to five years if this is defendant's first conviction of a federal or state offense consisting of the distribution of controlled substances, or (b) for up to ten years if this is defendant's second conviction of a federal or state offense consisting of the distribution of controlled substances. If this is defendant's third or more conviction of a federal or state offense consisting of the distribution of controlled substances, the defendant is permanently ineligible for all federal benefits, as that term is defined in 21 U.S.C. §862 (d).

3. For the Court's information, the following facts are not a detailed recitation, but merely an outline of what happened in relation to the charges to which Defendant is pleading guilty:

During the period from on or about January 1, 2004, to and including June 22, 2005, Defendant Gary Matsuo (hereinafter "Defendant Matsuo") did enter into an agreement with his co-defendants, and others, to distribute methamphetamine in Hawaii. During this time period, Defendant Matsuo possessed with intent to distribute, and did distribute, approximately 101.72 grams of methamphetamine that was seized by law enforcement officers.

The above described methamphetamine was submitted for laboratory analysis which resulted in a positive finding for methamphetamine with a purity in the range from 94% to 97%.

Also enclosed is a copy of the Indictment that was filed in this case. Please call my office if you have any questions.

---

[1] The $100 special assessment is mandatory pursuant to Title 18 U.S.C. §3013(a)(2)(A).

Honorable Barry M. Kurren
Glenn Choy, Esq.
Page 3

                          Very truly yours,

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          By_____
                          CHRIS A. THOMAS
                          Assistant U.S. Attorney

CAT
Encl