

**ORIGINAL**

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for GARY MATSUO (01)

LODGED
DEC 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 0 6 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325-01 HG |
| Plaintiff, ) | STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT GARY MATSUO 12/8/06 — 12/10/06 |
| vs. ) | |
| GARY MATSUO, ) | |
| Defendant. ) | SENTENCING: Jan. 18, 2007 JUDGE: HONORABLE HELEN GILLMOR |

STIPULATION AND ORDER ALLOWING TRAVEL BY
DEFENDANT GARY MATSUO 12/8/06 — 12/10/06

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant GARY MATSUO shall be permitted to travel from Oahu to the Island of Hawaii and back to Oahu during the period Friday, December 8, 2006 to Sunday, December 10, 2006.

DATED:   Honolulu, Hawaii, DEC 5, 2006.

_____          _____
GLENN CHOY                       CHRIS THOMAS
Attorney for Defendant           Assistant U.S. Attorney
GARY MATSUO
                                 NO OBJECTION

_Carolyn Hall_
CAROLYN HALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

_[signature]_
United States Magistrate Judge

United States of America v. Gary Matsuo (01), Cr. 05-00325-01 HG, Stipulation and Order Allowing Travel by Defendant Gary Matsuo 12/8/06 - 12/10/06