ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone: (808) 533-7007

Attorney for GARY MATSUO (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | ALLOWING TRAVEL BY |
| | ) | DEFENDANT GARY MATSUO |
| GARY MATSUO, | ) | 1/19/07 — 1/22/07 |
| | ) | |
| Defendant. | ) | SENTENCING: Feb. 27, 2007 |
| | ) | JUDGE: HONORABLE HELEN GILLMOR |

STIPULATION AND ORDER ALLOWING TRAVEL BY
DEFENDANT GARY MATSUO 1/19/07 — 1/22/07

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant GARY MATSUO shall be permitted to travel from Oahu to the Island of Hawaii and back to Oahu during the period Friday, January 19, 2007 to Monday, January 22, 2007.

DATED:   Honolulu, Hawaii, JAN 16, 2007.

_____          _____
GLENN CHOY                          CHRIS THOMAS
Attorney for Defendant              Assistant U.S. Attorney
GARY MATSUO
                                    NO OBJECTION

*Carolyn Hall* (signature)
CAROLYN HALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

(signature)

United States Magistrate Judge

United States of America v. Gary Matsuo (01), Cr. 05-00325-01 HG, Stipulation and
Order Allowing Travel by Defendant Gary Matsuo 1/19/07 — 1/22/07