ORIGINAL

LODGED

MAR 21 2007
10:15 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2007

at 3 o'clock and no p.m.
SUE BEITIA, CLERK

GLENN D. CHOY  Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for GARY MATSUO (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325-01 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | ALLOWING TRAVEL BY |
| | ) | DEFENDANT GARY MATSUO |
| GARY MATSUO, | ) | 3/22/07 — 4/2/067 |
| | ) | |
| Defendant. | ) | Sentencing: February 22, 2007 |
| | ) | JUDGE:  HONORABLE HELEN GILLMOR |

STIPULATION AND ORDER ALLOWING TRAVEL BY
DEFENDANT GARY MATSUO 3/22/07 — 4/5/07

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant GARY MATSUO shall be permitted to travel from Oahu to the Island of Hawaii during the period Thursday, March 22, 2007 to Saturday, March 24, 2007 CH ~~Monday, April 5, 2007~~.

DATED:   Honolulu, Hawaii, _____, 2007.

_____
GLENN CHOY
Attorney for Defendant
GARY MATSUO

_____
CHRIS THOMAS
Assistant U.S. Attorney

NO OBJECTION

_Carolyn Hall_
CAROLYN HALL
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

_[signature]_
United States District Judge


United States of America v. Gary Matsuo (01), Cr. 05-00325-01 HG, Stipulation and Order Allowing Travel by Defendant Gary Matsuo 3/22/07 - 4/5/07

2